UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

RICHARD MEJIA, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

OSEA INTERNATIONAL, LLC

                    Defendant.

----------------------------------------x

Case No.: 1:22-cv-05096

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Richard Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Osea International, LLC

DATED: August 10, 2022        **MIZRAHI KROUB LLP**

                                        /s/ Edward Y. Kroub
                                        EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*